Krista J. Nielson
Nevada Bar No. 10698
knielson@tblaw.com
Tiffany & Bosco PA
10100 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89135
Telephone: 702-916-1445

Shaun H. Crosner
(*PHV* pending, will comply with LR IA 11-2 within 14 days.)
SCrosner@McGuireWoods.com
Daria Clecicov
(*PHV* pending, will comply with LR IA 11-2 within 14 days.)
DClecicov@McGuireWoods.com
McGuireWoods LLP
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVA MEDICAL GROUP INC.<br><br>Defendant. | Case No. 2:26-cv-01991-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed on June 30, 2026 |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Beazley Insurance Company, Inc. ("Beazley" or "Plaintiff"), through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed its Complaint on June 30, 2026. ECF No. 1.

Plaintiff named Innova Medical Group Inc. as Defendant ("Innova" or "Defendant"). Defendant waived service of the Complaint on August 25, 2026.

The current deadline for Defendant to respond to Plaintiff's Complaint is October 19, 2026.

On October 19, 2026, counsel for both Beazley and Innova agreed to a 7-day extension of time for Innova to respond to Beazley's Complaint.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); see also Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Good cause exists here because Innova needs additional time to address certain third-party confidentiality concerns with respect to its response to the allegations in Beazley's Complaint.

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 7-day extension from October 19, 2026, to October 26, 2026, for Innova to file a response to the Complaint. This is the first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 19th day of October, 2026.

| TIFFANY & BOSCO P.A. | TROUTMAN PEPPER LOCKE LLP |
|---|---|
| */s/ Krista J. Nielson*<br>KRISTA J. NIELSON<br>Nevada Bar No. 10698<br>*Attorneys for Defendant* | */s/ Kevin F. Kieffer*<br>KEVIN F. KIEFFER<br>Nevada Bar No. 7045<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
10-26-26

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Tiffany & Bosco PA, and on the 19th day of October, 2026, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** to be filed and served electronically via the Court's CM/ECF system.

*/s/ Nicole Lane*
An employee of Tiffany & Bosco PA